UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
No. 7:20-CV-00244-KS

| | | |
|---|---|---|
| AMYLEE BROOKS, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | ORDER |
| KILOLO KIJAKAZI, Acting Commissioner of Social Security, | ) ) ) ) ) | |
| Defendant. | ) ) | |

Pursuant to the power of this Court to enter a judgment affirming, modifying or reversing the Commissioner's decision with remand in Social Security actions under sentence four of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g), and upon consideration of the Commissioner's unopposed request to remand this cause for further administrative proceedings, the Court hereby reverses the Commissioner's decision under sentence four of 42 U.S.C. § 405(g), and remands the case to the Commissioner for further administrative proceedings with respect to Plaintiff's claim of disability. *See Shalala v. Schaefer*, 509 U.S. 292 (1993); *Melkonyan v. Sullivan*, 501 U.S. 89 (1991).

SO ORDERED this 7th day of October 2021.

_____
KIMBERLY A. SWANK
UNITED STATES MAGISTRATE JUDGE