UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

| | |
|---|---|
| AMYLEE BROOKS,<br>　　　　Plaintiff,<br><br>　　v.<br><br>KILOLO KIJAKAZI<br>*Acting Commissioner of Social Security,*<br>　　　　Defendant. | **JUDGMENT**<br><br>Case No. 7:20-CV-244-KS |

## Decision by Court.

This action came before United States Magistrate Judge Kimberly A. Swank for consideration of the parties' Consent Motion to Remand Case [DE-24.]

IT IS ORDERED, ADJUDGED AND DECREED the court reverses the Commissioner's decision under sentence four of 42 U.S.C. § 405(g) and remands the case to the Commissioner for further administrative proceedings with respect to Plaintiff's claim of disability.

This judgment filed and entered on **October 7, 2021,** with electronic service upon:

**Karen Griffin-** *Counsel for Plaintiff*
**Elisa Donahoe** *Counsel for Defendant*

　
　
**PETER A. MOORE, JR.,**
CLERK, U.S. DISTRICT COURT

DATE: October 7, 2021　　　　　　/s/ *Shelia Foell*
　　　　　　　　　　　　　　　　(By): Shelia Foell, Deputy Clerk of Court