THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
No. 7:20-CV-00244-KS

| | |
|---|---|
| AMYLEE BROOKS, | ) |
| Plaintiff, | ) |
| v. | ) ORDER FOR PAYMENT OF |
| | ) ATTORNEY FEES UNDER THE |
| KILOLO KIJAKAZI, | ) EQUAL ACCESS TO JUSTICE ACT |
| Acting Commissioner of Social Security, | ) |
| Defendant. | ) |

Upon stipulation and agreement of the parties, it is ORDERED that Defendant pay to Plaintiff $2,500.00 in attorney's fees, in full satisfaction of any and all claims arising under the Equal Access to Justice Act, 28 U.S.C. § 2412. If the award to Plaintiff is not subject to the Treasury Offset Program, payment will be made by check payable to Plaintiff's counsel, Karen Griffin, and mailed to her office at Karen Griffin Law, PLLC, 333 Fayetteville Street Suite 1201, Raleigh, NC 27601, in accordance with Plaintiff's assignment to her attorney of her right to payment of attorney's fees under the Equal Access to Justice Act.

SO ORDERED this 25th day of January 2022.

KIMBERLY A. SWANK
UNITED STATES MAGISTRATE JUDGE